Fill in this information to identify your case and this filing:

Debtor 1: **Sylvester Brumfield**
First Name / Middle Name / Last Name

Debtor 2: **Rose Brumfield**
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA

Case number: _____

☐ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☒ Yes. Where is the property?

   **1.1**

   **142 Iroquois Drive**
   Street address, if available, or other description

   **Abita Springs**    **LA**    **70420-0000**
   City / State / ZIP Code

   **Saint Tammany**
   County

   **What is the property?** Check all that apply
   ☒ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☒ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   **Current value of the entire property?**    **Current value of the portion you own?**
   **$225,600.00**    **$225,600.00**

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
   **Fee simple**

   ☐ Check if this is community property (see instructions)

   Other information you wish to add about this item, such as local property identification number:

| Debtor 1 | **Sylvester Brumfield** | | |
|---|---|---|---|
| Debtor 2 | **Rose Brumfield** | Case number *(if known)* | |

**1.2 If you own or have more than one, list here:**

| | |
|---|---|
| **72503 Rose Street** | |
| Street address, if available, or other description | |
| **Covington** **LA** **70433-0000** | |
| City State ZIP Code | |
| **Saint Tammany** | |
| County | |

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**(Surrendering in full satisfaction of any and all claims including but not limited to any deficiency balance) - Awarded to ex-spouse in divorce in 2009.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **Unknown** | **Unknown** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

■ **Check if this is community property** (see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................................=>**     **$225,600.00**

**Part 2: Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

**3.1**
| | |
|---|---|
| Make: | **Nissan** |
| Model: | **Maxima** |
| Year: | **2013** |
| Approximate mileage: | **168000** |
| Other information: | |

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$5,700.00** | **$5,700.00** |

**3.2**
| | |
|---|---|
| Make: | **Mercedes** |
| Model: | **E350** |
| Year: | **2011** |
| Approximate mileage: | |
| Other information: | |

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$13,250.00** | **$13,250.00** |

| Debtor 1 | **Sylvester Brumfield** | | |
|---|---|---|---|
| Debtor 2 | **Rose Brumfield** | Case number *(if known)* | |

| 3.3 | Make: **Dodge** <br> Model: **Ram** <br> Year: **1994** <br> Approximate mileage: <br> Other information: | **Who has an interest in the property?** Check one <br> ☐ Debtor 1 only <br> ☐ Debtor 2 only <br> ■ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br><br> ☐ Check if this is community property <br> (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. <br><br> **Current value of the entire property?**    **Current value of the portion you own?** <br><br> $500.00      $500.00 |
| 3.4 | Make: **Bobcat** <br> Model: <br> Year: **2007** <br> Approximate mileage: <br> Other information: | **Who has an interest in the property?** Check one <br> ☐ Debtor 1 only <br> ☐ Debtor 2 only <br> ■ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br><br> ■ Check if this is community property <br> (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. <br><br> **Current value of the entire property?**    **Current value of the portion you own?** <br><br> $8,000.00      $8,000.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................=>    **$27,450.00**

### Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

| Household goods and furnishings | $10,500.00 |
|---|---|
| Household goods and furnishings (Surrender any properly described household goods, furnishings, and other possessions legally pledged, liened and securitized; still in Debtor's possession) | **Unknown** |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ■ No
   ☐ Yes. Describe.....

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

| Debtor 1 | **Sylvester Brumfield** | |
|---|---|---|
| Debtor 2 | **Rose Brumfield** | Case number *(if known)* |

9. **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
    ■ No
    ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    | **Clothes** | **$850.00** |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

    | **Wedding/Engagement ring(s)** | **$375.00** |
    |---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................  **$11,725.00**

**Part 4: Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?   **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes............................................................................................................

    | | **Cash on hand** | **$0.00** |
    |---|---|---|

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................   Institution name:

    | 17.1. | **Checking and Savings** | **Chase** | **$0.00** |
    |---|---|---|---|

| Debtor 1 | **Sylvester Brumfield** | |
|---|---|---|
| Debtor 2 | **Rose Brumfield** | Case number *(if known)* |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................  Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes. Give specific information about them...................
    Name of entity:  % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
    Type of account:  Institution name:
    **Retirement**  **Unknown**

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ......................  Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............  Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............  Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

| Debtor 1 | **Sylvester Brumfield** | |
|---|---|---|
| Debtor 2 | **Rose Brumfield** | Case number *(if known)* |

### 28. Tax refunds owed to you
- ■ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

### 29. Family support
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ■ No
- ☐ Yes. Give specific information......

### 30. Other amounts someone owes you
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
- ■ No
- ☐ Yes. Give specific information..

### 31. Interests in insurance policies
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ■ No
- ☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|

### 32. Any interest in property that is due you from someone who has died
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
- ■ No
- ☐ Yes. Give specific information..

### 33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
- ■ No
- ☐ Yes. Describe each claim.........

### 34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims
- ■ No
- ☐ Yes. Describe each claim.........

### 35. Any financial assets you did not already list
- ■ No
- ☐ Yes. Give specific information..

### 36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here..........................................................................................................
**$0.00**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

### 37. Do you own or have any legal or equitable interest in any business-related property?
- ■ No. Go to Part 6.
- ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

### 46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
- ■ No. Go to Part 7.
- ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

| Debtor 1 | **Sylvester Brumfield** | |
|---|---|---|
| Debtor 2 | **Rose Brumfield** | Case number *(if known)* |

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☐ No
    ■ Yes. Give specific information.........

| | |
|---|---|
| **Earned Income Credit** | **Unknown** |
| **Any and all social security-based benefits that I/we or a member of my/our immediate family are or become entitled to receive.** | **Unknown** |
| **Possible FEMA Benefits** | **Unknown** |
| **Veterans' Benefits** | **Unknown** |

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ................................... **$0.00**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ........................................................................................... | | **$225,600.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$27,450.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$11,725.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$0.00** | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** + | **$0.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$39,175.00**  Copy personal property total | **$39,175.00** |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | **$264,775.00** |

## ACKNOWLEDGMENT OF RECEIPT

acknowledge that I have received from Kirkpatrick & Associates, LLC, a copy of each of the following agreement and notices:

1. **Consultation Agreement**
2. **Notice Mandated By Section 342(b)(1) and 527(a)(1) of the Bankruptcy Code**
3. **Notice Mandated By Section 527(a)(2) of the Bankruptcy Code**
4. **Notice Mandated By Section 527(b) of the Bankruptcy Code**
5. **Notice Mandated By Section 342(b)(2) of the Bankruptcy Code**

If my spouse was not present when I received a copy of these notices, I hereby also acknowledge receipt of said notices on behalf of my spouse, and promise to provide my spouse with either a copy of these notices or the opportunity to read and review the copy I received.

Sylvester Brumfield
**PRINT NAME**

*/signature/*
**SIGNATURE**

Rose Brumfield
**PRINT NAME**

*/Rose Brumfield/*
**SIGNATURE**

Non-exempt Equity $_____

# KIRKPATRICK & ASSOCIATES, LLC

### Certificate of filing of tax returns

PRINT NAME: Rose Brumfield

I    H    

I certify, under penalty of perjury, that I have filed all tax returns **that were required to have been filed** during the years: 2014, 2015, 2016 and 2017.

_Rose Brumfield_
SIGN

# KIRKPATRICK & ASSOCIATES, LLC

## Certificate of filing of tax returns

PRINT NAME: Sylvester Brumfield

                I        H        W

I certify, under penalty of perjury, that I have filed all tax returns **that were required to have been filed** during the years: 2014, 2015, 2016 and 2017.

SIGN _[signature]_

**Card 1 (top left):**

LOUISIANA AUTO INSURANCE IDENTIFICATION CARD
State Farm
[X] State Farm Mutual Automobile Ins. Co.
[ ] State Farm Fire and Casualty Co.

4700 S Providence   Columbia, MO 65217
INSURED   BRUMFIELD, SYLVESTER & ROSE
MUTL VOL
POLICY NUMBER   296 2996-E13-18   EFFECTIVE
YR 2013   MAKE   NISSAN   NOV 13 2018 TO MAY 13 2019
MODEL   MAXIMA   VIN   1N4AA5APXDC803533
AGENT   DUSTIN R DUPEPE INS AGENCY INC   1999-BD3
MANDEVILLE, LA 70471
PHONE   (985)892-5770   NAIC #   25178
A C D250 G500 H R1 UEO

EXCLUDED DRIVER(S)
N/A

THIS CARD MUST BE CARRIED IN THE VEHICLE AT ALL TIMES AS EVIDENCE OF LIABILITY INSURANCE.

---

**Card 2 (top right):**

LOUISIANA AUTO INSURANCE IDENTIFICATION CARD
State Farm
[X] State Farm Mutual Automobile Ins. Co.
[ ] State Farm Fire and Casualty Co.

4700 S Providence   Columbia, MO 65217
INSURED   BRUMFIELD, SYLVESTER & ROSE
MUTL VOL
POLICY NUMBER   077 0447-E17-18I   EFFECTIVE
YR 2011   MAKE   MERCEDES   NOV 17 2018 TO MAY 17 2019
MODEL   E350   VIN   WDDHF5GB7BA473791
AGENT   DUSTIN R DUPEPE INS AGENCY INC   1999-BD3
MANDEVILLE, LA 70471
PHONE   (985)892-5770   NAIC #   25178
A C D250 G500 H R1 UEO

EXCLUDED DRIVER(S)
N/A

THIS CARD MUST BE CARRIED IN THE VEHICLE AT ALL TIMES AS EVIDENCE OF LIABILITY INSURANCE.

---

**Card 3 (bottom center):**

LOUISIANA AUTO INSURANCE IDENTIFICATION CARD
State Farm
[X] State Farm Mutual Automobile Ins. Co.
[ ] State Farm Fire and Casualty Co.

4700 S Providence   Columbia, MO 65217
INSURED   BRUMFIELD, SYLVESTER & ROSE
MUTL VOL
POLICY NUMBER   328 5171-F02-18   EFFECTIVE
YR 1994   MAKE   DODGE   DEC 02 2018 TO JUN 02 2019
MODEL   RAM 1500   VIN   1B7HC16Y2RS534132
AGENT   DUSTIN R DUPEPE INS AGENCY INC   1999-BD3
MANDEVILLE, LA 70471
PHONE   (985)892-5770   NAIC #   25178
A UEO U1

EXCLUDED DRIVER(S)
N/A

THIS CARD MUST BE CARRIED IN THE VEHICLE AT ALL TIMES AS EVIDENCE OF LIABILITY INSURANCE.

# realtor.com

Log In

Sign Up

Advertise

Buy

Sell

Rent

Mortgage

Find Realtors®

My Home

News & Insights

Advertise

< Back  Covington, LA  ✕

Public View   Owner's View



🗂 1 / 8

**Off Market**


Map

**1,828** sq ft

Commute Time  **142 Iroquois Dr**, Abita Springs, LA 70420

Est. **$225,600**

🏠 Track Your Home Value

Refi Rates

⤳ Share    ✎ Edit Facts

Request a FREE Analysis

**Property Overview** - 142 Iroquois Dr, Abita Springs, LA 70420 is a single family home built in 1995.

According to the Abita Springs public records, the property at 142 Iroquois Dr, Abita Springs, LA 70420 has

CMI Worksheet (To Compute Average Monthly Income Over Last 6 Months)   (Do NOT include any Social Security or Unemployment Benefits)   (CMI.wpt rev. 12/2/05)

| Client: Brumfield | Month → | 5/18 | 6/18 | 7/18 | 8/18 | 9/18 | 10/18 | Average | 11/18 | | Average |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Employer: VA Hospital — Gross wages (including overtime, bonuses, and commission) | | $0 | $0 | $0 | $0 | $4497.60 | $3474.48 | | $5870 | $ | $1807 |
| Employer: Northlake — Gross wages | | $2791.83 | $3190.54 | $3717.81 | $6404.35 | $1291.62 | $0 | | $0 | $ | $2444.02 |
| Employer: Rescare — Gross wages | | $0 | $0 | $0 | $0 | $196.74 | $0 | | $0 | $ | $32.79 |
| Employer: Northlake — Gross wages | | $2089.39 | $2039.02 | $413.41 | $0 | $0 | $0 | | $0 | $ | $408.14 |
| Business Income (Sole proprietorship) Care — Gross receipts / Minus necessary business expenses / Equals Net Business income | | $0 | $0 | $0 | $764.48 | | $1270.16 | | $510.20 | $ | $424.13 |
| Net Rental Income — Gross receipts / Minus necessary operating expenses / Equals Net Rental income | | $ | $ | $ | $ | $ | $ | | $ | $ | $ |
| Interest, Dividends and Royalties | | $ | $ | $ | $ | $ | $ | | $ | $ | $ |
| Pension and Retirement Income (1) Private Retirement Plan (2) Military Retirement | | $ | $ | $ | $ | $ | $ | | $ | $ | $ |
| Regular contributions to household: (1) Alimony or Child Support (2) Roommates (3) Contributions from family | | $ | $ | $ | $ | $ | $ | | $ | $ | $ |
| Unemployment Benefits (If law requires) | | $ | $ | $ | $ | $ | $ | | $ | $ | $ |
| Income from other sources: (1) Annuity Income Payments (2) Distributions from a trust (3) Worker's Compensation (4) Disability Soc. Sec. (5) Other: | | $ | $ | $ | $ | $ | $ | | $ | $ | $ |
| TOTAL FOR MONTH: | | $ | $ | $ | $ | $ | $ | | $ | $ | $5116.68 |

I verify, under penalty of perjury, that this page contains complete & accurate information as to all income I received during the last 6 months, to the best of my knowledge & based on records in my possession or under my control, (other than money received from Social Security or Unemployment).
(Note: To be signed at "final" signing appt.)   Dated: 12/5/18   Client Signature: _____   Co-Client's Signature: Rose Brumfield (if joint filing)